UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

GERALD WHITE HILL,             :

                                   :        Civil Action No. 14-2200 (MAS)

            Plaintiff,       :

                                   :

            v.             :        MEMORANDUM ORDER

                                   :

CHRISTOPHER CHRISTIE, et al.,    :

                                   :

           Defendants.     :

THIS MATTER comes before the Court by application filed by Plaintiff, Gerald White Hill, to re-open his case. (ECF No. 4.) It appears that:

1. On April 7, 2014, Plaintiff filed a Complaint without submitting the requisite filing fee or a complete application to proceed *in forma pauperis* ("IFP"). (ECF No. 1.) Consequently, this Court issued an Order on April 28, 2014, administratively terminating the action. Plaintiff was informed by the Order that he could re-open his case upon submission of the filing fee or a complete IFP application. (ECF No. 3.)

2. On May 19, 2014, Plaintiff submitted a complete IFP application as directed by the Court's March 5, 2014 Order, with a letter requesting that this action be re-opened. (ECF No. 4.)

THEREFORE, IT IS ON THIS ___9th___ day of ~~June~~ July 2014

ORDERED that the Clerk shall RE-OPEN the file in order for this Court to entertain Plaintiff's application to proceed *in forma pauperis* and, if same is granted, to screen the Complaint for dismissal pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A; and it is further

ORDERED that the Clerk shall serve a copy of this Order upon Plaintiff by regular mail.

_____

MICHAEL A. SHIPP
United States District Judge